412

No. 17–0291/NA.  U.S. v. Darin G. Lopez.  CCA 201400373.  Appellant's motion to supplement the record is denied.

No. 17–0387/AR.  U.S. v. Timothy A. Petroshus.  CCA 20160034.  Appellee's motion to file a 10–day response out of time is denied.

No. 17–0481/MC.  U.S. v. Cameron Miller.  CCA 201600392.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 17, 2017.

No. 17–0482/AF.  U.S. v. Kenneth W. Frank, Jr.  CCA 38854.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 17, 2017.

